UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.,

                Petitioner,

v.

MILOS MILOSAVLJEVIC and EMISIA GMBH,

                Respondents.

No. 25-CV-3834 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      This case has been assigned to me for all purposes. On May 9, 2025, Petitioner filed a petition to confirm an arbitration award. Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

      ORDERED that Petitioner shall file and serve any additional materials with which it intends to support their petition by June 9, 2025. Respondents' opposition is due on July 7, 2025. Petitioner's reply, if any, is due on July 21, 2025.

      IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondents.

SO ORDERED.

Dated:    May 12, 2025
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge