**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TRANSPERFECT TRANSLATIONS
INTERNATIONAL, INC.

Petitioner,

-against-

MILOS MILOSAVLJEVIC and EMISIA GMBH,

Respondents.

No. 25-CV-3834 (RA)

**[PROPOSED] JUDGMENT**

This Court having issued a Memorandum Opinion and Order dated January 29, 2026 (the "Decision") (ECF No. 15) granting the petition of Petitioner TransPerfect Translations International, Inc. ("TransPerfect") to confirm the arbitration award (the "Award") dated May 24, 2024 in favor of TransPerfect and against Respondents Milos Milosavljevic ("Milosavljevic") and Emisia GmbH ("Emisia") pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, and the United Nations Convention on Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention"), 21 U.S.T. 2517, codified at 9 U.S.C. § 201 *et seq.*, which Award was issued in the arbitration proceeding captioned *TransPerfect Translations International, Inc., v. Milos Milosavljevic and Emisia GmbH*, AAA ICDR Case No. 01-21-0017-1103, and directing the Petitioner to submit a proposed judgment consistent with the Decision no later than February 20, 2026.

**NOW THEREFORE**, in accordance with the Decision:

It is hereby **ORDERED** and **ADJUDGED** that the pecuniary obligations in the Award are recognized and entered as a judgment of this Court in the same manner and with the same force and effect as if the Award were a final judgment of this Court, and it is

1

**FURTHER ORDERED** and **ADJUDGED** that consistent with the Award, Petitioner TransPerfect shall have monetary judgment and recover of and from:

(i) Respondent Milosavljevic in the amount of $11,291,718.00 plus six percent (6%) interest between March 5, 2019 to May 24, 2024, plus $1,889,599.58 in attorneys' fees and arbitration costs, and post-Award simple interest at the rate of six percent (6%) per annum on all amounts, including accrued interest, until paid in full.

(ii) Respondent Emisia in the amount of $1,313,895.00 plus six percent (6%) interest between March 5, 2019 to May 24, 2024, plus $1,889,599.58 in attorneys' fees and arbitration costs, and post-Award simple interest at the rate of six percent (6%) per annum on all amounts, including accrued interest, until paid in full.

Dated:  April 20, 2026

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

2